RUST v. WILSON.

ACTION on promissory note. The defendant pleaded — That the note was given to compel obedience to the award of arbitrators to be made, relative to certain controversies then subsisting; and that it was given for no other cause or consideration; and that said arbitrators did not make any award in the premises.

The plaintiff replied, setting forth the following award:— " That said Rust recover of said Wilson the sum of £11 12s. 6d. lawful money, damage and cost, in full satisfaction of the matters submitted; and that they execute discharges each to the other accordingly."

To which there was a demurrer, and joinder in demurrer; and the only exception was, that the replication did not state a performance on the part of the plaintiff. But,

By the whole COURT. The showing a good award is a full and sufficient answer to the plea; and the defendant cannot be admitted to depart from his plea, by relying on another matter repugnant thereto.